| | |
|---|---|
| 1 | DESAI LAW FIRM, P.C. |
| 2 | Aashish Y. Desai, Esq. (SBN 187394)<br>Adrianne De Castro, Esq. (SBN 238930) |
| 3 | 3200 Bristol St., Suite 650<br>Costa Mesa, CA 92626 |
| 4 | Telephone: (949) 614-5830<br>Facsimile: (949) 271-4190 |
| 5 | aashish@desai-law.com<br>adrianne@desai-law.com |
| 6 | Attorneys for Plaintiffs |
| 7 | Nancy Sims (Bar No. CA-215869) |
| 8 | nancy.sims@dlapiper.com<br>**DLA PIPER LLP (US)** |
| 9 | 2000 Avenue of the Stars<br>Suite 400 North Tower |
| 10 | Los Angeles, California 90067-4704<br>Tel: 310.595.3000 |
| 11 | Fax: 310.595.3300 |
| 12 | Attorneys for Defendant<br>Domino's Pizza LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SILVA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA, a Michigan Corporation, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 8:18-cv-02145-JVS-JDE<br><br>**JOINT STIPULATION AND REQUEST FOR ENTRY OF JUDGMENT**<br><br>**[L.R. 40-1.1]**<br><br>Complaint Served: October 31, 2018 |

-1-
JOINT STIPULATION TO ENTER PROPOSED JUDGMENT

EAST\179057867.1

Plaintiff Eddie Silva ("Plaintiff") and Defendant Domino's Pizza LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, this action arises out of a dispute between Domino's and Plaintiff Eddie Silva, a former employee, regarding Domino's alleged issuance of improper wage statements and failure to properly compensate its drivers;

WHEREAS, on October 23, 2018, Plaintiff filed suit against Domino's alleging, among other things, a violation of the Private Attorneys' General Act ("PAGA"), Labor Code section 2698 *et seq.*;

WHEREAS, on April 29, 2019, Plaintiff filed an Amended Complaint asserting only PAGA claims (Dkt. 30);

WHEREAS, Domino's moved to dismiss, or, in the alternative, strike, Plaintiff's PAGA claim to the extent it was based on alleged violations of California meal and rest break laws. (Dkt. 34).

WHEREAS, by Order dated July 22, 2019, the Court deferred ruling on the motion to dismiss, stayed Plaintiff's meal and rest break claims pending the Ninth Circuit's ruling in *Labor Commissioner for the State of California v. Fed. Motor Carrier Safety Admin.*, No. 19-70329 (9th Cir. May 30, 2019) ("*FMCSA*"), and otherwise denied Domino's motion. (Dkt. 40);

WHEREAS, the Parties subsequently filed Cross-Motions for Summary Judgment (Dkts. 63, 65);

WHEREAS, on August 1, 2020, the Court issued an Order (the "Summary Judgment Order") denying Plaintiff's Motion for Summary Judgment and granting in part Domino's Motion for Summary Judgment (Dkt. 88);

WHEREAS, as a result of the Summary Judgment Order, the only issues left to try were the previously stayed portions of Plaintiff's PAGA claim that were predicated on alleged meal and rest break violations;

WHEREAS, the Parties filed a Joint Stipulation to Vacate Trial Date, Pretrial

1 Conference Data, and All Related Dates ("Joint Stipulation to Vacate Trial Date")
2 on August 19, 2020 (Dkt. 89);

3     WHEREAS, on August 20, 2021, the Court granted the Parties' Joint
4 Stipulation to Vacate Trial Date, vacating the trial date and all related deadlines
5 and continuing the stay of the two remaining issues pending the Ninth Circuit's
6 decision in the *FMSCA* matter (Dkt. 90);

7     WHEREAS, the Ninth Circuit issued its decision in the *FMCSA* case on
8 January 15, 2021, upholding the Federal Motor Carrier Safety Administration's
9 decision that California meal and rest break regulations are preempted by federal
10 law;

11     WHEREAS, the Parties met and conferred following the issuance of the
12 Ninth Circuit's decision in *FMSCA* and agreed that, as a result of that decision,
13 there were no issues left to try;

14     NOW, THEREFORE, the Parties, by stipulation, respectfully request that
15 the Court enter the Proposed Judgment submitted concurrently herewith, in
16 accordance with the Federal Rule of Civil Procedure 58(a).

Dated: January 27, 2021    DLA PIPER US LLP

By: /s/ Nancy Sims
    Nancy Sims
    Attorneys Domino's Pizza LLC

Dated: January 27, 2021    DESAI LAW FIRM, P.C.

By /s/ Aashish Y. Desai
    Aashish Y. Desai
    Adrianne De Castro
    Attorneys for Eddie Silva

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2021            By: /s/ Nancy Sims
                                       Nancy Sims

EAST\179057867.1