# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SILVA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC, a Michigan corporation, and DOES 1-10, inclusive,<br><br>            Defendant. | CASE NO.  8:18-CV-02145-JVC-JDEx<br><br>**JUDGMENT**<br><br>Complaint filed:  October 23, 2018 |

EAST\179057314.1

**[PROPOSED] JUDGMENT**
**CASE NO. 8:18-CV-02145**

1  The Court having read and considered the parties' January 27, 2021 Joint
2  Stipulation and Request for Entry of Judgment:
3  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
4  Judgment is entered in favor of Domino's and against Plaintiff on Plaintiff's First
5  Amended Complaint.  Plaintiff shall take nothing by way of his First Amended
6  Complaint, and this action is dismissed with prejudice.

8  **IT IS SO ORDERED.**

9  Date: 1/28/21

   _____
   Honorable James V. Selna
   United States District Judge